Alvin McDaniel, Plaintiff-Appellee, v. Otis E. Hulva, Defendant-Appellant.

Gen. No. 10,372. 

Third District.

February 19, 1962.

 Louis F. Gillespie, of Springfield (Geo. B. Gillespie and Gillespie, Burke & Gillespie, of Springfield, of counsel), for appellant; Thomas F. Walsh, of Lincoln, for appellee. Opinion by PRESIDING JUSTICE ROETH. **Not to be published in full.**